**People of the State of Illinois, Defendant in Error, v. Preston Bonds (Impleaded), Plaintiff in Error.**

**Gen. No. 50,357.** 

First District, First Division.

June 21, 1965.

Ronald B. Kaplan, of Chicago, appointed attorney for plaintiff in error; William G. Clark, Attorney General, of Springfield (Daniel P. Ward, State's Attorney of Cook County, Fred G. Leach, Assistant Attorney General, Elmer C. Kissane and Thomas A. Hett, Assistant State's Attorneys, of counsel), for defendant in error. Opinion by JUSTICE MURPHY. Not to be published in full.